# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 7, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155245(75)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ELISAH KYLE THOMAS,
      Defendant-Appellant.

SC: 155245
COA: 326311
Wayne CC: 14-009512-FC

_____/

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its supplemental brief is GRANTED. The supplemental brief submitted on September 1, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 7, 2017



Clerk